# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. GARCIA DE RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-0299 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MARIA D. GARCIA DE RAMOS AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

      Maria Garcia De Ramos and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on February 16, 2022. (Doc. 25.)

      Pursuant to the terms of the stipulation, the matter shall be remanded for an ALJ issue a new decision. (Doc. 25 at 1.) In addition, the parties indicate "the Commissioner will offer Plaintiff the opportunity for a new hearing; develop the record as necessary; [and] consider all pertinent issues de novo, including considering the medical opinion and prior administrative medical findings." (*Id.*) Furthermore, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Defendant, reversing the final decision of the Commissioner. (*Id.* at 2.)

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The stipulation of the parties (Doc. 25) is **APPROVED**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Maria D. Garcia De Ramos and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 22, 2022**

UNITED STATES DISTRICT JUDGE